UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN ANTHONY LUTHER,

      Plaintiff,                            Case No: 1:14-cv-437

v.                                        HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration.  42 U.S.C. § 405(g).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 13, 2015, recommending that this Court reverse and remand the Commissioner's decision for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g).  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 17) is APPROVED and ADOPTED as the Opinion of the Court and the decision of the Commissioner of Social Security is REVERSED and REMANDED.

A Judgment will be entered consistent with this Order.


Dated:  May 4, 2015                                                          /s/ Janet T. Neff
                                                                     JANET T. NEFF
                                                                     United States District Judge