UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN ANTHONY LUTHER,

       Plaintiff,          Case No. 1:14-cv-437

v.         HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff filed a Motion for Attorneys Fees Pursuant to the Equal Access to Justice Act (Dkt 20). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 1, 2015, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 23) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Attorneys Fees Pursuant to the Equal Access to Justice Act (Dkt 20) is GRANTED. Plaintiff is awarded four thousand, two hundred dollars and zero cents ($4,200.00), which shall be paid directly to Plaintiff.

Dated: December 21, 2015         /s/Janet T. Neff
        JANET T. NEFF
        United States District Judge